IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



HOWARD CARROLL,

    Plaintiff,

v.

BRYAN COLLIER, *et al.*,

    Defendant

2:22-CV-103-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## AND
## DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in this case. (ECF 23). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, the Motion to Dismiss, (ECF 21), is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

IT SO ORDERED.

March **13**, 2023

                                                            MATTHEW J. KACSMARYK
                                                            UNITED STATES DISTRICT JUDGE